HAWKES, C.J.
 

 Claimant challenges an order of the Judge of Compensation Claims (JCC) awarding a fee in accordance with the statutory fee guideline set forth in section 440.34(1), Florida Statutes. We reverse.
 

 The JCC correctly found the petition for benefits was not for medical benefits only. As a result, the JCC felt constrained to award as a fee a percentage of the benefits obtained, in accordance with the statutory guideline. At that time, the JCC did not have the benefit of the Florida Supreme Court’s opinion in
 
 Murray v. Mariner Health,
 
 994 So.2d 1051 (Fla.2008).
 
 Murray
 
 teaches that the word “reasonable,” as used in section 440.34, means a fee amount must be determined subject to the factors set forth in
 
 Lee Engineering & Construction Co. v. Fellows,
 
 209 So.2d 454 (Fla. 1968).
 

 Here, the entitlement to a fee was not contested, and the evidence concerning the
 
 Lee Engineering
 
 factors indicates a reasonable fee is $750.00. Consequently, we REVERSE the JCC’s order and REMAND for an award in that amount.
 

 KAHN and BROWNING, JJ., concur.